# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

April 28, 2015

No. 14-40453

Lyle W. Cayce
Clerk

L.G. MOTORSPORTS, INCORPORATED,

Plaintiff - Appellant

v.

NGMCO, INCORPORATED; MICHELIN NORTH AMERICA,
INCORPORATED; DOUG FEHAN,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No.  4:11-CV-112

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:*

The court has considered this appeal in light of the briefs, oral argument, and pertinent portions of the record.  The district court's judgment is AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.